B2500A (Form 2500A)
(12/15)

# United States Bankruptcy Court

## Middle District of Alabama

In re  Danny J. Brewster and Annette H. Brewster ,  )
                         Debtor                                  )    Case No. 14-81104
                                                          )
                                                          )    Chapter 13
Danny J. Brewster and Annette H. Brewster ,  )
                      Plaintiff                                  )
                                                          )
                                                          )
OneMain Financial Group, LLC, et al. ,  )
                      Defendant                                )    Adv. Proc. No. 19-08002

## SUMMONS IN AN ADVERSARY PROCEEDING

YOU ARE SUMMONED and required to file a motion or answer to the complaint which is attached to this summons with the clerk of the bankruptcy court within 30 days after the date of issuance of this summons, except that the United States and its offices and agencies shall file a motion or answer to the complaint within 35 days.

Address of Clerk:

> U.S. Bankruptcy Court
> Middle District of Alabama
> One Church Street
> Montgomery, AL  36104

At the same time, you must also serve a copy of the motion or answer upon the plaintiff's attorney.

Name and Address of Plaintiff's Attorney:

> Anthony B. Bush, Esq.
> Bush Law Firm
> 3198 Parliament Circle 302
> Montgomery, Alabama 36116

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 7012.

**IF YOU FAIL TO RESPOND TO THIS SUMMONS, YOUR FAILURE WILL BE DEEMED TO BE YOUR CONSENT TO ENTRY OF A JUDGMENT BY THE BANKRUPTCY COURT AND JUDGMENT BY DEFAULT MAY BE TAKEN AGAINST YOU FOR THE RELIEF DEMANDED IN THE COMPLAINT.**

2/8/2019

Digitally signed by Juan-Carlos Guerrero
Date: 2019.02.08 15:34:55 -06'00'

# CERTIFICATE OF SERVICE

I, __Anthony B. Bush__, certify that I am, and at all times during the
service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of this summons and a copy of the complaint was made __2/8/2019__ by:

NOTE: If more space is needed, note "See Attached Page" in the appropriate box and add additional addresses to 3rd page of form.

[X] Mail Service: Regular, first class United States mail, postage fully pre-paid, addressed to:

> "see attached page"

[ ] Personal Service: By leaving the process with defendant or with an officer or agent of defendant at:

[ ] Residence Service: By leaving the process with the following adult at:

[ ] Certified Mail Service on an Insured Depository Institution: By sending the process by certified mail addressed to the following officer of the defendant at:

[ ] Publication: The defendant was served as follows: [Describe briefly]

[ ] State Law: The defendant was served pursuant to the laws of the State of __Alabama__, as follows: [Describe briefly]

Under penalty of perjury, I declare that the foregoing is true and correct.

2/8/2019 — Date

/s/ Anthony B. Bush — Signature

Print Name: Anthony B. Bush

Business Address:
3198 Parliament Circle 302
Montgomery, AL 36116

# Additional Addresses

Nationstar Mortgage, LLC
c/o Corporation Service Company, Inc.
641 South Lawrence Street
Montgomery, Alabama 36104

OneMain Financial Group, LLC
c/o C T Corporation System
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104

U.S. Bank National Association (Inc.)
c/o C T Corporation System
2 North Jackson Street, Suite 605
Montgomery, Alabama 36104

U.S. Bank National Association (Inc.)
c/o Andrew Cecere, President & Ceo
601 2nd Avenue South, MPFP2804
Minneapolis, Minnesota 55402-4302